


www.pbwt.com

January 6, 2025

Geoffrey Potter
Partner
(212) 336-2050
gpotter@pbwt.com

Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Roche Diabetes Care, Inc. et al. v. JMD Enterprises et al.*,
No. 24-cv-3625 (DJ) (RML)

Dear Judge Levy:

As you know, we represent Plaintiffs Roche Diabetes Care, Inc., Roche Diabetes Care GmbH, and Hoffmann-La Roche, Inc. (together, "Roche") in the above-captioned action. We write pursuant to Your Honor's December 16, 2024 Status Report Order directing Roche to submit a status report.

On September 27, 2024, we submitted a status report to Your Honor describing Roche's progress in the parallel Indian anti-counterfeiting and seizure actions before the Hon. High Court of Delhi in New Delhi, India (the "Indian Action"). ECF No. 33. The Indian Action continues to move forward at the expected pace for that jurisdiction, which may continue to be characterized as slow but steady.

Since our last status letter, Roche filed a reply brief in its application to unseal and review the documents and data seized from the defendants' premises in India. Roche appeared for argument in the Indian Action on December 5, but the court *sua sponte* adjourned the matter for its scheduling needs and rescheduled it to be heard on January 15, 2025. Once the motion is decided and documents unsealed, counsel will then be able to begin the review process.

Respectfully submitted,

Geoffrey Potter

cc: Hon. Diane Gujarati, U.S.D.J. (via ECF)

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222